IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:25-cr-00171 |
| v. | ) | |
| | ) | |
| PENELOPE R. CONVERTINO | ) | 18 U.S.C. § 115(a)(1)(B) |

# INDICTMENT

THE GRAND JURY CHARGES:

At all times material to this Indictment:

### Introductory Allegations

1. Marsha Blackburn presently serves as a United States Senator for the State of Tennessee having assumed office on January 3, 2019, and serving in that capacity continuously since that time.

2. As a part of her responsibilities as a United States Senator, Senator Blackburn established satellite Senate offices throughout the State of Tennessee to, among other purposes, respond to calls from her constituents.

3. One of these satellite Senate offices is in Nashville, Tennessee, which is in the Middle District of Tennessee.

4. The phone numbers for these Senate offices are widely available and featured on Senator Blackburn's official Senate website and elsewhere.

5. The phone systems for these Senate offices contain a voicemail function which allows callers to leave voicemail messages for Senator Blackburn and her Senate staff. These voicemails can be retrieved and reviewed by Senate staffers as a course of their normal duties.

6. On Friday, May 30, 2025, a voice message was left on the voicemail for Senator Blackburn's Nashville satellite Senate office and phone records indicated the call came from a phone number ending in 2954.

7. The voicemail was not reviewed by a Senate staffer until Monday, June 2, 2025. The caller left the following message for Senator Blackburn: "My name is motherf\*\*ker and I'm gonna kill Marsha Blackburn. I'm gonna shoot her with a gun. I'm gonna blow up her head on national TV. She will literally have brains splattered behind her because she will not be a person. She will be a dead f\*\*king body."

8. The phone number ending in 2954, which had left the voicemail, was registered to a close family member of **PENELOPE R. CONVERTINO** at an address in Murfreesboro, Tennessee, which is in the Middle District of Tennessee.

9. On or about May 30, 2025, in the Middle District of Tennessee, the defendant, **PENELOPE R. CONVERTINO**, did threaten to murder Marsha Blackburn, a United States Senator, with intent to impede, intimidate, and interfere with Senator Blackburn while she was engaged in the performance of her official duties, and with intent to retaliate against Senator Blackburn on account of the performance of her official duties.

In violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL

███████████████

FOREPERSON

ROBERT E. McGUIRE
ACTING UNITED STATES ATTORNEY