CRIMINAL COVER SHEET
MIDDLE DISTRICT OF TENNESSEE
<u>NASHVILLE</u> DIVISION

Indictment ☒
Complaint ☐
Information ☐
Felony ☒
Misdemeanor ☐
Juvenile ☐

County of Offense: <u>Davidson</u>
AUSA's NAME: <u>McGuire</u>

Reviewed by AUSA: __REM__
(Initials)

<u>Penelope Convertino</u>
Defendant's Full Name

_____
Defendant's Address

Interpreter Needed? ☐ Yes ☒ No

If Yes, what language? _____

_____
Defendant's Attorney

| COUNT(S) | TITLE/SECTION | OFFENSE CHARGED | MAX. PRISON (plus any mandatory minimum) | MAX. FINE |
|---|---|---|---|---|
| 1 | 18 U.S.C. § 115(a)(1)(B) | Threat to murder a federal official | 10 years | $250,000 |

Is the defendant currently in custody? Yes ☐ No ☒ If yes, State or Federal? Writ requested ☐

Has a complaint been filed? Yes ☐ No ☒
   If Yes: Name of the Magistrate Judge _____ Case No.: _____
          Was the defendant arrested on the complaint? Yes ☐ No ☐

Has a search warrant been issued? Yes ☐ No ☒
   If Yes: Name of the Magistrate Judge _____ Case No.: _____

Was bond set by Magistrate/District Judge? Yes ☐ No ☒ Amount of bond: _____

Is this a Rule 20? Yes ☐ No ☒ To/from what district? _____
Is this a Rule 40? Yes ☐ No ☒ To/from what district? _____

Estimated trial time: <u>2 days</u>

The Clerk will issue a Summons/**<u>Warrant</u>** (circle one) (Note: If information, request for a warrant requires presentment of a sworn affidavit of probable cause to a judicial officer, who will determine whether to issue a warrant)

Detention requested: Yes ☐ No ☐ Recommended conditions of release: _____
_____